BENJAMIN B. WAGNER
United States Attorney
LAUREL J. MONTOYA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 5:14-MJ-00006-JLT |
| Plaintiff, | GOVERNMENT'S REQUEST TO DISMISS COMPLAINT AND ORDER [FED.R.CRIM.PROC. 48(A)] |
| v. | |
| EUSEBIO RIVERA SALAS, RODOLFO RODRIGUEZ, AND DARNELL DESHAWN TAYLOR, | |
| Defendants. | |

Comes now the United States, by and through its attorneys of record, BENJAMIN B. WAGNER, United States Attorney, and LAUREL J. MONTOYA, Assistant United States Attorney, and request leave of the Court to dismiss the Complaint without prejudice as to the above-named defendants and recall the arrest warrants in this case, as to the above-named defendants, in the interest of justice.

Dated: April 15, 2014                    BENJAMIN B. WAGNER
                                         United States Attorney


                                    By:  /s/ LAUREL J. MONTOYA
                                         LAUREL J. MONTOYA
                                         Assistant United States Attorney

IT IS SO ORDERED.

   Dated:   **April 16, 2014**              **/s/ Jennifer L. Thurston**
                                         UNITED STATES MAGISTRATE JUDGE